AO 106 (Rev. 04/10)  Application for a Search Warrant

# UNITED STATES DISTRICT COURT

for the

Southern District of California

FILED

SEP 2 6 2017

CLERK, US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

In the Matter of the Search of

*(Briefly describe the property to be searched or identify the person by name and address)*

Information associated with lovelybreezy24@gmail.com that is stored at premises controlled by Google, Inc., 1600 Amphitheatre Parkway, Mountain View, CA 94043

Case No.

'17 MJ3573

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

**SEE ATTACHMENT A
(INCORPORATED HEREIN)**

located in the _____ Northern _____ District of _____ California _____ , there is now concealed *(identify the person or describe the property to be seized)*:

**SEE ATTACHMENT B
(INCORPORATED HEREIN)**

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC § 1591 | Sex trafficking of children or by force, fraud, or coercion. |

The application is based on these facts:

**SEE AFFIDAVIT OF SPECIAL AGENT JESSICA R. SCHICK**

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Jessica Schick, Special Agent

*Printed name and title*

Sworn to before me and signed in my presence.

Date: 9-26-2017

*Judge's signature*

City and state: San Diego, CA

Honorable Ruben B. Brooks, U.S. Magistrate Judge

*Printed name and title*

## ATTACHMENT A

## DESCRIPTION OF LOCATIONS TO BE SEARCHED

Google Inc.

Attention:  Google Custodian of Records

1600 Amphitheatre Parkway

Mountain View, CA 94043

## ATTACHMENT B

## LIST OF ITEMS TO BE SEIZED

1.    Service of Warrant

The officer executing the warrant shall permit Google Inc. (hereafter Google), as custodian of the computer files described below, to locate the files and copy them onto removable electronic storage media and deliver the same to the officer.  Notwithstanding the provisions of 18 U.S.C. § 2252A, Google is authorized to disclose responsive data, if any, by delivering encrypted files through Google's Law Enforcement Request System.

2.    Items to be Provided by Google

Items subject to seizure include all subscriber and/or user information, all electronic mail, images, message, histories, buddy lists, profiles, address books, chat logs, methods of payment, detailed billing records, Internet Protocol (IP) logs, transactional data and any other files associated with the following Google email accounts from August 10, 2016, to August 11, 2017:

Email Accounts:    1.) lovelybreezy24@gmail.com

3.    The search of the data supplied by Google pursuant to this warrant will be conducted as provided in the affidavit submitted in support of this search warrant and will be limited to the period of August 10, 2016, to August 11, 2017, and to the seizure of:

   i.    Communications and/or attachments sent, received and/or saved showing any contact with any individual concerning commercial sex acts, and/or any other information reflecting potential violations of 18 U.S.C. § 1591;

   ii.   Electronic mail and attachments related to the identities of any co-conspirators.

   iii.  Electronic mail and attachments that provide context to any electronic mail reflecting the criminal activity described in this warrant including any electronic mail sent or received in temporal proximity to any relevant electronic mail and any electronic mail that identifies any users of the subject account.

# AFFIDAVIT IN SUPPORT OF APPLICATION FOR SEARCH WARRANT

I, Jessica R. Schick, Special Agent (SA), Federal Bureau of Investigation (FBI), being duly sworn, hereby state as follows:

## INTRODUCTION

1.     I make this affidavit in support of an application for a search warrant for information associated with a certain Google Email account that is stored at premises owned, maintained, controlled, or operated by Google Inc. (hereafter Google), as described in Attachment A, this request is made to search the following Email account:

lovelybreezy24@gmail.com

**(Target Email)**

from August 10, 2016 through August 11, 2017 for items that constitute evidence, fruits, and instrumentalities of violations of 18 U.S.C. § 1591, as described in Attachment B.  This affidavit is made in support of an application for a search warrant under 18 U.S.C. § § 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require Google, to disclose to the government, records and other information in its possession, pertaining to the subscriber or customer associated with the **Target Email**.

2.     Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of 18 U.S.C. § 1591 have been committed by Denziel BURKE (BURKE).  There is also probable cause to believe that a search of the **Target Email** as described in Attachment A will produce evidence and constitute instrumentalities of the aforementioned crime, as described in Attachment B.

3.     The information set forth in this affidavit is based on my own personal knowledge, knowledge obtained from other individuals during my participation in this investigation, including other law enforcement officers, my review of

1

1  documents and computer records related to this investigation, communications with
2  others who have personal knowledge of the events and circumstances described
3  herein, and information gained through my training and experience. Because this
4  affidavit is submitted for the limited purpose of obtaining a search warrant for the
5  **Target Email**, it does not set forth every fact that I or others have learned during the
6  course of this investigation, but only contains those facts believed to be necessary to
7  establish probable cause.

## INTERNET PROTOCOL ADDRESSES AND
## BACKGROUND ON GOOGLE MAIL

10     4.     An Internet Protocol address (IP address) is expressed as four groups
11 of numbers separated by decimal points, and is unique to a particular computer
12 during an online session.  The IP address provides a unique location making it
13 possible for data to be transferred between computers.  IP addresses can be dynamic,
14 meaning that the Internet Service Provider (ISP) assigns a different number to a
15 computer every time it accesses the Internet.  IP addresses might also be static, if an
16 ISP assigns a user's computer a particular IP address that is used each time the
17 computer accesses the Internet. Internet companies such as Google typically log the
18 IP address used by its subscribers to access their Google services, such as email,
19 chat, and instant messaging. These logs are available to law enforcement by serving
20 a subpoena.

21     5.     Google is a corporation that provides Internet services worldwide.
22 Google's electronic mail service allows ISP subscribers to communicate with other
23 ISP subscribers and with others through the Internet via email communication and
24 instant messaging.  ISP subscribers access Google services through the Internet.

25     6.     Subscribers to Google use screen names during communications with
26 others.  The screen names may or may not identify the real name of the person using
27 a particular screen name.  Although Google requires users to subscribe for a free

account, Google does not verify the information provided by the subscriber for its free services. At the creation of a Google account and for each subsequent access to the account, Google logs the IP address of the computer accessing the account. An IP address is a unique address through which a computer connects to the Internet. IP addresses are leased to businesses and individuals by ISPs. Obtaining the IP addresses that have accessed a particular Google account often identifies the ISP that owns and has leased that address to its customer. Subscriber information for that customer then can be obtained using appropriate legal process.

## EXPERIENCE AND TRAINING

7.      I am a SA for the FBI. I have been a SA since January 2017. I am currently assigned to the Child Exploitation Task Force of the San Diego Field Office, where I assist in the investigation of crimes concerning child exploitation and human trafficking. I have been employed by the FBI since January of 2009 and have served in several different support roles. Prior to working for the FBI, I worked for the National Center for Missing and Exploited Children (NCMEC).

8.      My experience as an FBI Agent has included the investigation of cases involving the use of computers and the Internet to commit crimes. I have received training and gained experience in interviewing and interrogation techniques, arrest procedures, search warrant applications, the execution of searches and seizures, computer evidence seizure and processing, and various other criminal laws and procedures. I have personally participated in the execution of search warrants involving the search and seizure of cellular telephones and other electronic devices.

9.      Through my training, experience, and consultation with other law enforcement officers, I have learned that:

a.      Individuals involved in illicit commercial sex maintain records, including electronic files, related to their illicit business on computers and computer

servers hosting internet applications such as electronic mail (email) and personal social networking web pages;

b.      Individuals involved in illicit commercial sex often solicit clients through electronic advertisements and other media, such as Craigslist and Backpage.com;

c.      Individuals involved in illicit commercial sex maintain records of correspondence relating to client contact information as well as travel and lodging arrangements involved in such illegal activity;

d.      Individuals involved in illicit commercial sex maintain documents and files containing names of associates and/or coconspirators involved in prostitution;

e.      Individuals involved in illicit commercial sex maintain financial records, bank statements, money orders, money order receipts, and cash that are evidence of payments made in conjunction with prostitution;

f.      Individuals involved in illicit commercial sex use email accounts to post advertisements (including photographs used in the advertisements), communicate with associates, coconspirators, and customers in order to facilitate their prostitution business;

g.      Individuals involved in illicit commercial sex often drive vehicles, sometimes rented, leased, or registered in the names of other people, to transport themselves and coconspirators, inter and intra state, to pre-arranged meetings with clients to engage in prostitution. These same individuals often get other persons to rent hotel rooms, pay for online postings or other items to avoid detection.  Evidence of these rental and lease agreements may be located within email accounts of individuals.

10.    Based upon my experience and training, and the experience and training of other agents with whom I have communicated, the evidence of illegal activity

4

1   described above in paragraphs "a" through "g" is maintained by individuals involved
2   in illicit commercial sex in property that they and their associates live in and operate
3   as well as on online accounts such as Twitter and Facebook as well as Email
4   accounts, which can be accessed on computers and cellular telephones.

5                        **FACTS IN SUPPORT OF PROBABLE CAUSE**

6           11.    On August 7, 2017, the San Diego Police Department (SDPD) received
7   a report of a 14 year-old runaway minor female (hereinafter, "Minor Female," or
8   "MF"). SDPD Detective Adam Wells, interviewed MF's mother, who reported that
9   MF had not returned home in time for her curfew at 6:00 p.m. on August 6, 2017.

10          12.    In an effort to locate MF, her mother reviewed MF's Facebook account
11  on MF's iPad mini. MF's mother read Facebook Messenger chats between MF and
12  an individual identified as "PGo Bitcxh." [Agent Note: An internet search of Urban
13  Dictionary describes the meaning of "pgo" to be that of "pimping going on."]. MF's
14  mother noted that MF sent photographs of herself in her underwear to the "PGo
15  Bitcxh" via Facebook Messenger. MF's mother also reviewed MF's emails and
16  found communications with Backpage.com. MF's mother then reviewed ads on
17  Backpage.com, and found one bearing the same photographs that MF had sent to
18  "PGo Bitcxh." The ad was located in dating section for "women seeking men" in the
19  San Diego area. The ad indicated the person depicted (MF) was "19," "Soft And
20  Smooth Skin Super Cute Face To Match My Sexy Body. Independent, 1000% Real
21  Pictures," "Sweet & Sexy, You'll Love Me, VERY Friendly & VERY Clean,
22  HONEST & DISCREET," and "I Will Keep You Warm With My Hotness." The ad
23  indicated MF could be contacted at telephone numbers ending in -8832 or -0962.
24  MF's mother identified the -8832 as the telephone number associated with her
25  mobile phone, which she allows MF to use.

26          13.    MF's mother used MF's Facebook account to contact "PGo Bitcxh" via
27  Facebook Messenger. MF's mother informed "PGo Bitcxh" that MF was only 14

1   years-old, and asked that he send her back home. "PGo Bitcxh" answered that MF
2   told him that she had already texted her mother. MF's mother informed "PGo
3   Bitcxh" that she had not heard from MF and was "sick to my stomach."

4       14.    On August 7, 2017, MF's mother contacted "PGo Bitcxh" via Facebook
5   Messenger from her own Facebook account. She again asked "PGo Bitcxh" for MF's
6   location and added that her "heart is broken." "PGo Bitcxh" responded that MF was
7   at her friend's house, but MF's mother explained that MF's friend said MF had never
8   arrived. MF's mother again told "PGo Bitcxh" that MF was only 14 years-old and
9   that she would be contacting the police. "PGo Bitcxh" did not respond.

10      15.    Upon reviewing MF's Facebook account, MF's mother found
11   references to a "Patrick." After asking some of MF's Facebook friends about
12   "Patrick," one of MF's friends identified the person as having the last name "Burke,"
13   and a possible brother of "PGo Bitcxh." Upon reviewing law enforcement databases
14   and prior police contacts, officers identified "Denziel Burke." Using a California
15   driver's license photo of Denziel Burke, Detective Wells compared the DMV photo
16   to "selfie" photos from "PGo Bitcxh" Facebook account and made a positive match.
17   Detective Wells also found photos of a white Chevrolet Camaro with red racing
18   stripes down the middle, on BURKE's "PGo Bitcxh" Facebook account. Detective
19   Wells conducted a records' check and located a 2010 Chevrolet Coupe with
20   California license plates registered in BURKE's name.

21      16.    On August 7, 2017, at approximately 10:46 p.m., Detective Wells
22   texted to the -0962 telephone number asking, "U still doing dates? . . . Donation for
23   hour????" At 10:52 p.m., Detective Wells received a response; "Yes 120 hour."
24   [Agent Note: This exchange is language a customer, known in the prostitution and
25   sex trafficking industry as a "john" or a "client" asking for the price of a sex act.
26   Prices, often referred to as "donations," are often set as either an individual act or
27   acts or amount of time negotiated between the two people.] Detective Wells

1  attempted to arrange a "car date" with the recipient, but after several text messages,
2  the recipient stopped responding.

3      17.   On August 8, 2017, at approximately 8:52 a.m. hours, SDPD officers
4  received new texts from the -0962 number. At approximately 12:56 p.m., SDPD
5  Detective D. Dierdorff, continued to communicate and arranged via text messaging
6  to meet the recipient at a motel in the Mission Valley area of San Diego. The "date"
7  was for an hour and $120.

8      18.   Police officers observed a white Chevrolet Camaro with red racing
9  stripes arrive at the motel location. National City Police Department Detective
10  Dennis Josse observed MF exit the vehicle's passenger side door and walk to the
11  motel. Officers observed the Camaro drive and park across the street from the motel.

12      19.   At approximately 1:36 p.m., Detective Dierdorff received a text from -
13  0962 that she had arrived at the motel. Detective Dierdorff responded with his motel
14  room number. MF entered the motel room and negotiated a commercial sex act in
15  exchange for money. MF accepted the money and produced a condom.

16      20.   Upon receiving a signal to contact the driver of the white Camaro,
17  Detective Josse moved near the driver, who he positively identified as Denziel
18  BURKE.  BURKE ignored police commands and evaded law enforcement contact,
19  driving away at a high rate of speed. Shortly after evading police contact, the "PGo
20  Bitcxh" Facebook account was deleted.

21      21.   MF told detectives that she met the person who dropped her off at the
22  motel about a year ago through Facebook.  She confirmed that the Facebook profile
23  of "PGo Bitcxh" belonged to the person who dropped her off.  She initially claimed
24  that she did not know the driver's name, but confirmed at the end of the interview
25  that the person who dropped her off had the first name of "Denziel."  She further
26  stated that she did not know who posted the Backpage.com ad.

27

22.     Two days later, on August 10, 2017, BURKE was located by U.S. Marshals and arrested in public at a parking lot located at 1059 Broadway in El Cajon.   BURKE's grandmother was located in the same parking lot driving BURKE's Camaro.  BURKE was driving his grandmother's Toyota Corolla, with BURKE's uncle as the right front passenger.

23.     Agents subpoenaed all information for the Backpage.com post ID associated with MFs ad.  The subpoena return listed **Target Email** as the username and email used to post MF's ad.

24.     Based on my training and experience, and consultation with law enforcement agents who have training and experience investigating sex trafficking offenses, I know that individuals will often use email to communicate with customers and individuals involved in prostitution.  Similarly, as demonstrated by the facts in this case, individuals use email accounts to place advertisements for commercial sex on websites like Backpage.com.  Based on the facts of this case, I believe that evidence of sex trafficking crimes may be found in the **Target Email**. Additionally, the search of the **Target Email** may also identify the owner of the **Target Email.**

## PROCEDURES FOR ELECTRONICALLY STORED INFORMATION

25.     Federal agents and investigative support personnel are trained and experienced in identifying communications relevant to the crimes under investigation.  The personnel of Google are not.   It would be inappropriate and impractical for federal agents to search the vast computer network of Google for the relevant accounts and then to analyze the contents of those accounts on the premises of Google.  The impact on Google's business would be disruptive and severe.

26.     Therefore, I request authority to seize all content, including electronic mail and attachments, stored instant messages, stored voice messages, photographs, and any other content from the Google account, as described in Attachment B.  In

order to accomplish the objective of the search warrant with a minimum of interference with the business activities of Google, to protect the privacy of ISP subscribers whose accounts are not authorized to be searched, and to effectively pursue this investigation, the FBI seeks authorization to allow Google to make a digital copy of the entire contents of the account(s) subject to seizure. That copy will be provided to me or to any authorized federal agent. The copy will be imaged and the image will then be analyzed to identify communications and other electronic records subject to seizure pursuant to Attachment B. Relevant electronic records will be copied to separate media. The original media will be sealed and maintained to establish authenticity, if necessary.

27. Analyzing the data to be provided by Google may require special technical skills, equipment, and software. It may also be very time-consuming. Searching by keywords, for example, often yields many thousands of "hits," each of which must be reviewed in its context by the examiner to determine whether the data is within the scope of the warrant. Merely finding a relevant "hit" does not end the review process. Keyword searches do not capture misspelled words, reveal the use of coded language, or account for slang. Keyword searches are further limited when electronic records are in or use foreign languages. Certain file formats also do not lend themselves to keyword searches. Keywords search text. Many common electronic mail, database and spreadsheet applications, which files may have been attached to electronic mail, do not store data as searchable text. Instead, such data is saved in a proprietary non-text format. And, as the volume of storage allotted by service providers increases, the time it takes to properly analyze recovered data increases dramatically. The ISPs do not always organize the electronic files they provide chronologically, which makes review even more time consuming and may also require the examiner to review each page or record for responsive material.

28.     Based on the foregoing, searching the recovered data for the information subject to seizure pursuant to this warrant may require a range of data analysis techniques and may take weeks or even months.   Keywords need to be modified continuously based upon the results obtained and, depending on the organization, format, and language of the records provided by the ISP, examiners may need to review each record to determine if it is responsive to Attachment B. The personnel conducting the examination will complete the analysis within ninety (90) days of receipt of the data from the service provider, absent further application to this court.

29.     Based upon my experience and training, and the experience and training of other agents with whom I have communicated, it is necessary to review and seize all electronic mails that identify any users of the subject account(s) and any electronic mails sent or received in temporal proximity to incriminating electronic mails that provide context to the incriminating mails.

30.     All forensic analysis of the imaged data will employ search protocols directed exclusively to the identification and extraction of data within the scope of this warrant.

### GENUINE RISKS OF DESTRUCTION OF EVIDENCE

31.     Based upon my experience and training, and the experience and training of other agents with whom I have communicated, electronically stored data can be permanently deleted or modified by users possessing basic computer skills.

### CONCLUSION

32.     Based on the aforementioned factual information, I respectfully submit that there is probable cause to believe that evidence, fruits, and instrumentalities of a violation of 18 U.S.C. § 1591  are likely to be found in the property to be searched described in Attachment A (incorporated herein).   I therefore respectfully request that this Court issue warrants authorizing me, an FBI Special Agent, or another

federal law enforcement agent specially trained in digital evidence recovery, to search the items described in Attachment A and seize the evidence listed in Attachment B.

_____
Jessica R. Schick
Special Agent
Federal Bureau of Investigation

Subscribed and sworn before me this _____ day of September, 2017.

_____
HONORABLE RUBEN B. BROOKS
United States Magistrate Judge

11